IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| INESE KLEKERS, INDIVIDUALLY AND THE ESTATE OF ANDRIS KLEKERS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 05-36 |
| IDA STANLEY AND CELANESE AMERICAS CORPORATION, | § § § | |
| Defendants | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting "Defendant's Motion for Judgment on the Pleadings," the Court enters final judgment DISMISSING the above-styled action for failure to state a claim upon which relief can be granted, pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure.

SIGNED and ENTERED this 5th day of May, 2005.

_____
Janis Graham Jack
United States District Judge